

# Court of Appeals

## First District of Texas

### BILL OF COSTS

No. 01-15-00286-CV

**Paula M. Miller**

**v.**

**JAS Family Limited Partnership#4, LTD.**

NO. 65767 IN THE 149TH DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|-------------|---------|----------|--------|---------|
| MT FEE | $10.00 | 06/08/2015 | E-PAID | APE |
| FILING | $195.00 | 03/27/2015 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 18, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**